DAVID WILBER, Respondent, *v.* THE COOPERSTOWN AND SUS- QUEHANNA VALLEY RAILROAD COMPANY, Appellant.

(Submitted June 12, 1890; decided June 27, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order

made September 21, 1886, which affirmed a judgment in favor of plaintiff, entered upon a decision of the court on trial at Special Term, and affirmed an order denying a motion to set aside, correct or modify said judgment.

*E. M. Harris* for appellant.

*S. S. Edick* for respondent.

Agree to affirm ; no opinion.
All concur except FOLLETT, Ch. J., not sitting.
Judgment affirmed.